UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH MUCHMORE, et al.,**

    **Plaintiffs,**

**v.**                                        Case No.  8:07-cv-1079-T-30TBM

**NEWMAR CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Leisure Tyme RV, Inc.'s Motion to Transfer Venue (Dkt. 11).  As Plaintiffs have failed to respond, this Court will consider the Motion without benefit of a response.  Upon review and consideration of the Motion, it is hereby ORDERED and ADJUDGED that Defendant Leisure Tyme RV, Inc.'s Motion to Transfer Venue (Dkt. 11) is **GRANTED**.  The Clerk is directed to close this case and, pursuant to 28 U.S. C § 1404(a), transfer this matter along with a certified copy of this Order to the Northen District of Florida, Pensacola District.

**DONE** and **ORDERED** in Tampa, Florida on August 20, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

*S:\Odd\2007\07-cv-1079 Motion to Change Venue.wpd*